Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MENDEL SCHAJOVICS v. WILLIAM M. BARRETT, as President of ADAMS EXPRESS COMPANY. JACOB PEARL v. WILLIAM M. BARRETT, as President, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BEN BELLCLAIR v. WIRTH & HAMID, INC., a New York Corporation.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS MALUS v. HARRY ALTER, Impleaded, etc.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PHIL BLUM v. GREATER PYTHIAN TEMPLE ASSOCIATION OF NEW YORK, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JIMMY COOPER v. GERTRUDE " BABY " COX.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAY T. McCOY v. AMERICAN EXPRESS COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM JAY SCHIEFFELIN v. FREDERICK E. GOLDSMITH and Others.— Motion granted; question certified. Present — Dowling, P. J., Finch, McAvoy, Martin, and O'Malley, JJ.

MAURICE GREENSTEIN and Others, as Executors, etc., of SAMUEL GREENSTEIN, Deceased, and Another, v. THE KNY-SCHEERER CORPORATION OF AMERICA.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin O'Malley and Proskauer, JJ.

ERIC GUGLER v. TWO HUNDRED AND THIRTY-FIVE AND TWO HUNDRED AND THIRTY-SEVEN WEST FIFTIETH STREET CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PAUL E. LEHMAN and MORRIS B. ALTMAN v. JACOB RUDIN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOJO REALTY COMPANY, INC., v. ESTATE OF ISAAC G. JOHNSON, a Corporation Organized and Existing under the Laws of the State of New York.— Motion for reargument denied; motion for leave to appeal granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of FLOYD S. CORBIN, Deceased. ORA C. GREGORY; ADELIA M. CORBIN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, etc., FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827. FRED S. JAMES & COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, etc.,